UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ROBERT WILHELM, :
:
Plaintiff, :
: 21-CV-9385 (VSB)
-against- :
: **ORDER**
DAWSON GEOPHYSICAL COMPANY, et :
al., :
:
Defendants. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

    On November 12, 2021, Plaintiff filed this action against Defendants.  (Doc. 1.)  On February 11, 2022, I issued an order for Plaintiff to submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to obtain a summons or serve Defendants.  (Doc. 3.)  I warned Plaintiff that failure to submit a letter would result in dismissal of this action.  (*Id.*)  That deadline has passed, and Plaintiff has not submitted a letter demonstrating good cause.  Accordingly, it is hereby:

    ORDERED that this case be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    February 22, 2022
           New York, New York
                                                                           VERNON S. BRODERICK
                                                                           United States District Judge